# 1292-15

# ELECTRONIC RECORD

| | | |
|---|---|---|
| COA # 01-14-00857-CR | OFFENSE: | 46.03 (Unlawful possession of firearm by a felon) |
| STYLE: Jesse Dimas Alvarado v. The State of Texas | COUNTY: | Harris |
| COA DISPOSITION: AFFIRM | TRIAL COURT: | 185th District Court |
| DATE: 07/16/15          Publish: NO | TC CASE #: | 1410607 |

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Jesse Dimas Alvarado v. The State of Texas

_____APPELLANT'S_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: _____11/18/2015_____

JUDGE: _____Per Curiam_____

CCA #: __1292-15__

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**